Case 3:22-cv-02399   Document 1-1   Filed 10/14/22   Page 1 of 4   Page ID #10

***EFILED***
Case Number 2022LA000924
Date: 7/26/2022 1:34 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF MADISON COUNTY
STATE OF ILLINOIS

| | | |
|---|---|---|
| WILONDA ACREE, | ) | 2022LA000924 |
| | ) | |
| Plaintiff, | ) | Cause No.: |
| | ) | |
| vs. | ) | Division No.: |
| | ) | |
| BRANDON HARP, | ) | |
| Serve at: 312 E. Marvin | ) | |
| Fredericktown, MO 63645 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BULK TRANSPORT COMPANY EAST, INC., | ) | |
| Serve at: 4789 Hedge Road | ) | |
| Roxana, IL 62084 | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### PERSONAL INJURY - VEHICULAR

COMES NOW Plaintiff, WILONDA ACREE, by and through counsel, Alexander A. Wolff and Morgan & Morgan, and for her Complaint against Defendants, BRANDON HARP and BULK TRANSPORT COMPANY EAST, INC. states as follows:

1. Plaintiff WILONDA ACREE ("Plaintiff") is a resident domiciled in Clarksville, Montgomery County, Tennessee.

2. Defendant BULK TRANSPORT COMPANY EAST, INC. ("Bulk Transport") is an Illinois corporation in good standing with their principal place of business in Madison County, Illinois.

**EXHIBIT A**

3. Defendant BRANDON HARP ("Harp") is a Missouri resident living in Madison County, Missouri.

4. Venue is proper pursuant to Illinois law in that Defendant's principal place of business is Madison County, Illinois.

5. At all times relevant, Defendant Harp was an agent and employee of Bulk Transport acting within the course and scope of his employment with Bulk Transport.

6. On or around August 3, 2020, Defendant Harp was operating a tractor trailer within the course and scope of his employment with Bulk Transport.

7. Defendant Harp was northbound on Interstate 57, near mile marker 87, in the right lane of traffic, in Jefferson County, Illinois.

8. Defendant Harp was in a 2016 Volvo tractor trailer.

9. Plaintiff was northbound on Interstate 57, near mile marker 87, in the left lane of traffic, attempting to pass Defendant Harp who was in the lane immediately to Plaintiff's right.

10. Plaintiff was in a 2016 Chevrolet Impala.

11. Defendant Harp, attempting to merge from the right lane to the left passing lane, struck the front passenger side of Plaintiff's vehicle.

12. Defendants jointly and severally owed a duty to the public, including WILONDA ACREE, to drive with ordinary care.

## COUNT I

**NEGLIGENCE AGAINST DEFENDANT BULK TRANSPORT COMPANY EAST, INC.**

13. Plaintiff hereby incorporates paragraphs 1-12 as if fully stated herein.

14. Defendant Bulk Transport, by and through the acts and omissions of its agent and employee Defendant Harp, was negligent in the following respects to wit:

   a. Defendant failed to keep a careful lookout;

   b. Defendant failed to drive with the highest degree of care;

   c. Defendant changed lanes when it was not safe to do so; and

   d. Defendant failed to keep its vehicle from coming into contact with Plaintiff's vehicle.

15. As a direct and proximate result of Defendants' joint and several negligent acts and omissions, Plaintiff was caused to suffer and continues to suffer from injuries to her head, neck, back, right shoulder, right arm, right leg, and right hip.

16. As a direct and proximate result of Company's negligent acts and omissions, Plaintiff was caused to seek medical treatment for those parts of her body and was caused to suffer and continues to suffer limited use of said body parts, pain, and discomfort.

WHEREFORE, Plaintiff, WILONDA ACREE, prays judgment against Defendant BULK TRANSPORT COMPANY EAST, INC. and Defendant BRANDON HARP in a sum to exceed Fifty Thousand Dollars ($50,000.00) together with her costs herein and any other remedy the Court deems just and proper as provided by law.

## COUNT II

### NEGLIGENCE AGAINST DEFENDANT BRANDON HARP

17. Plaintiff hereby incorporates paragraphs 1-16 as if fully stated herein.

18. Defendant Harp struck Plaintiff's vehicle as a direct and proximate result of his negligence in the following respects to wit:

    a. Defendant Harp failed to keep a careful lookout;

    b. Defendant Harp failed to properly change lanes; and

    c. Defendant Harp failed to yield the right of way.

19. As a direct and proximate result of Defendant Harp's negligent acts and omissions, Plaintiff was caused to suffer and continues to suffer from injuries to her head, neck, back, right shoulder, right arm, right leg, and right hip.

20. As a direct and proximate result of Defendant Harp's negligent acts and omissions, Plaintiff was caused to seek medical treatment for those parts of her body and was caused to suffer and continues to suffer limited use of said body parts, pain, and discomfort.

WHEREFORE, Plaintiff, WILONDA ACREE, prays judgment against Defendant BULK TRANSPORT COMPANY EAST, INC. and Defendant BRANDON HARP in a sum to exceed Fifty Thousand Dollars ($50,000.00) together with her costs herein and any other remedy the Court deems just and proper as provided by law.

                                      MORGAN & MORGAN

                                      BY: */s/ Alexander A. Wolff*
                                              **Alexander A. Wolff #6308226**
                                              200 N. Broadway, Suite 720
                                              St. Louis, MO 63102
                                              (314) 955-1045 direct dial
                                              (314) 955-1069 facsimile
                                              alexwolff@forthepeople.com
                                              ***ATTORNEYS FOR PLAINTIFF***