IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILONDA ACREE,

Plaintiff,

v.

BRANDON HARP and
BULK TRANSPORT COMPANY
EAST INC.,

Defendants.

Case No. 22-cv-2399 JPG

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 3/17/2023                MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**